UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE GRANT, a single woman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY OF )<br>AMERICA, a foreign corporation, )<br>)<br>Defendant. )<br>) | Case No. 2:16-cv-01631-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

IT IS STIPULATED by and between the parties hereto that the above-entitled matter may be dismissed with prejudice, each party to bear its own fees and costs.

DATED: October 18, 2017

NELSON LANGER ENGLE, PLLC        LANE POWELL PC

By By *s/Elizabeth LePley*                By By *s/Grant S. Degginger*
   Elizabeth LePley, WSBA No. 40667           D. Michael Reilly, WSBA No. 14674
   ElizabethL@nlelaw.com               reillym@lanepowell.com
   12055 15th Avenue NE               Grant S. Degginger, WSBA No. 15261
   Seattle, WA 98125-5031               degging erg@lanepowell.com
   Telephone: (206) 623-7520               Colleen M. Mayer, WSBA No. 49982
   Facsimile: (206) 622-7068               mayerc@lanepowell.com
Attorneys for Plaintiff Annette Grant        Attorneys for Defendant Unum Life Insurance Company of America

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:16-cv-01631-RSM

100447.0180/7092858.1

# ORDER

The parties having stipulated for dismissal of the above-entitled matter with prejudice, each party to bear its own fees and costs, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 19th day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/Grant S. Degginger*
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
   Grant S. Degginger, WSBA No. 15261
   deggingerg@lanepowell.com
   Colleen M. Mayer, WSBA No. 49982
   mayerc@lanepowell.com
Attorneys for Defendant Unum Life Insurance Company of America

NELSON LANGER ENGLE, PLLC

By *s/Elizabeth LePley*
   Elizabeth LePley, WSBA No. 40667
   ElizabethL@nlelaw.com
   12055 15th Avenue NE
   Seattle, WA 98125
   Telephone: (206) 623-7520
   Facsimile: (206) 622-7068
Attorneys for Plaintiff Annette Grant

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:16-cv-01631-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0180/7092858.1